No. 609. EL PUEBLO *v.* ROIG ET AL.—Apelación procedente de la Corte de Distrito de Arecibo. Moción de los apelantes desistiendo de la apelación. Resuelto en mayo 19, 1913. Desestimada la apelación a instancia de los apelantes. Abogado de los apelantes: *Sr. Herminio Díaz.* Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.*

No. 986. PEÑA ET AL. *v.* PEÑA ET AL.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª. Moción de los apelantes desistiendo de la apelación. Resuelto en mayo 19, 1913. Desestimada la apelación a instancia de los apelantes. Abogado de los apelantes: *Sr. A. Marín Marién.* Abogado de los apelados: *Sr. Eduardo Acuña.*

No. 107. EX PARTE BENITO FORÉS.—Moción para que se apruebe la fianza notarial otorgada por la National Surety Company el 7 de mayo de 1913, y para terminar la fianza hipotecaria constituída por Pedro Acosta Nazario para garantir las funciones notariales del peticionario. Resuelto en mayo 19, 1913. Aprobada dicha fianza y terminada la fianza hipotecaria en cuanto a los actos posteriores del peticionario. Compareció en nombre propio.

No. 371. EX PARTE IGNACIO MORALES ACOSTA.—Solicitud para que se apruebe la fianza notarial prestada por la National Surety Company el 13 de mayo de 1913. Resuelto en mayo 19, 1913. Aprobada dicha fianza. El peticionario compareció en nombre propio.